No. 04-99-00815-CR

 

 Robert Russell WILLIAMS,

          Appellant

 

                     v.

 

 The STATE of Texas,

           Appellee

 

 From the 175th Judicial District
Court, Bexar County, Texas

 Trial Court No. 1999CR3095

        Honorable Mary Román,
Judge Presiding

 

Opinion by: Phil Hardberger, Chief
Justice

 

Sitting:  Phil
Hardberger, Chief Justice

Paul W.
Green, Justice

Karen Angelini, Justice

 

Delivered and Filed: December 6,
2000

 

AFFIRMED

 








Robert Russell Williams (AWilliams@) pled guilty to the offense of unauthorized
use of a vehicle and was sentenced in accordance with the terms of his plea
bargain agreement.  Williams= court-appointed attorney filed a brief in
accordance with Anders v. California, 386 U.S. 738 (1967), in which he
concludes that the appeal has no merit. 
Counsel provided Williams with a copy of the brief and informed him of
his right to review the record and file his own brief.  See Nichols v. State, 954 S.W.2d 83,
85-86 (Tex. App.CSan Antonio 1997, no pet.); Bruns v. State,
924 S.W.2d 176, 177 n.1 (Tex. App.CSan Antonio 1996, no pet.). 

We have
reviewed the record and counsel=s brief.  We agree that the appeal
is frivolous and without merit.  The
judgment of the trial court is affirmed. 
Appellate counsel=s motion to withdraw is granted. 
Nichols v. State, 954 S.W.2d at 86; Bruns 924 S.W.2d at
177 n.1.

 

PHIL HARDBERGER, 

CHIEF JUSTICE

 

DO NOT PUBLISH